**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD KEITH TAYLOR, | Case No.: 2:18-cv-02004-KJD-NJK |
| Petitioner | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents | |

28 U.S.C. § 2254 *pro se* habeas corpus petitioner Gerald Keith Taylor has filed a motion for extension of time to file his response to respondents' motion to dismiss (ECF No. 16). He explains that High Desert State Prison's law library is currently closed due to safety protocols related to the COVID-19 pandemic.  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file his response to respondents' motion to dismiss (ECF No. 16) is **GRANTED**. Petitioner shall file his response within **60 days** of the date of this order.

Dated: April 22, 2020

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE